UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  CASE NO. 06-46334-TJT
WILLIAM CHRISTOPHER  CHAPTER 13 PROCEEDINGS
HOLLAND  HON. THOMAS J. TUCKER

_____ Debtor _____

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| WILLIAM CHRISTOPHER HOLLAND<br>12720 TULLER<br>DETROIT, MI 48238-0000<br>SSN: XXX-XX-6587 | N/A | N/A | DEBTOR REFUND | 1311071 | 10/29/10 | $ 570.00 |

DATED: November 04, 2010

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226

CHAPTER 13 TRUSTEE-TLT-DETROIT
P.O. BOX 31-1930    1701131
DETROIT, MICHIGAN 48231-1930

0646334  00000  017414  1311071
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

## OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT

Date: 10/29/2010  
Payee: CLERK OF US BANKRUPTCY COURT  
Check No: 1311071

| 0646334 | WILLIAM CHRISTOPHER HOLLAND | | | 570.00 | 0.00 | 570.00 |
|---|---|---|---|---|---|---|
| | ACCT: | CLAIM: 00000  TYPE: | Balance: | | 0.00 | |

---

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.   CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

**TAMMY L. TERRY**  
**TRUSTEE**

**OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT**  
P.O. BOX 31-1930  
Detroit, MI 48231-1930  
(313)967-9857 FAX

64-79/611

**CHECK NO. 1311071**  
SunTrust Bank

**FOR** WILLIAM CHRISTOPHER HOLLAND  
BK:0646334  ACCT:  
PRIN:  570.00  INT:  0.00

**DATE** Oct 29, 2010  
**AMOUNT**  
********570.00

**PAY** $570.00  
Five Hundred Seventy And Xx / 100 Dollars

THIS IS A POSITIVE PAY ACCOUNT  
TRUST ACCOUNT  
VOID OVER $570.00  
VOID 90 DAYS AFTER DATE

**TO THE ORDER OF**  
CLERK OF US BANKRUPTCY COURT  
% DAVID BOICE/ UNCLAIMED  
211 W FORT ST  
DETROIT, MI 48226

*Tammy L. Terry*  
Chapter 13 Trustee

⑈1311071⑈  ⑆061100790⑆:000000575151⑈

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  
WILLIAM CHRISTOPHER HOLLAND

CASE NO. 06-46334-TJT  
CHAPTER 13 PROCEEDINGS  
HON. THOMAS J. TUCKER

_____ Debtor _____

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

STEINBERGER & ASSOCIATES P C  
17515 W NINE MILE RD #420  
SOUTHFIELD, MI 48075

**Last Known Address for Debtor:**

WILLIAM CHRISTOPHER HOLLAND  
12720 TULLER  
DETROIT, MI 48238

DATED: November 04, 2010

/s/ TAMMY L. TERRY  
TAMMY L. TERRY, STANDING  
CHAPTER 13 TRUSTEE  
535 GRISWOLD  
SUITE 2100  
DETROIT, MI 48226